UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:16-cv-0088 GEB AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| PEGGY FOCARINO, et al., | |
| Defendants. | |

The pending motion to dismiss is currently scheduled for April 20, 2016. ECF No. 5. Plaintiff has belatedly filed his opposition, but it will be deemed timely filed. See ECF No. 6. In addition, because of changes in the court's calendar, the matter must be rescheduled.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on this motion is CONTINUED to May 11, 2016 at 10:00 a.m.; and

2. Any reply to plaintiff's opposition shall be filed no later than April 27, 2016 at 4:30 p.m.

DATED: April 8, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE