UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALOR. RUBANG, JR., | No. 2:16-cv-00088 GEB AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 17, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Plaintiff has filed objections to the findings and recommendations. ECF No. 11.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May, 17, 2016, are adopted in full;

1

2.  Defendant's motion to dismiss, ECF No. 5, is granted;

3.  Plaintiff's putative patent claim (or any claim seeking relief in the form of an order directing the issuance of a patent) is dismissed with prejudice; and

4.  The plaintiff is granted leave to amend his other claims as described in the Findings and Recommendations.

Dated: June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge