UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:16-cv-00088 GEB AC |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On June 15, 2016 District Judge Garland Burrell, Jr. issued an Order dismissing plaintiff's putative patent claim with prejudice and granting plaintiff leave to amend his complaint with regard to other claims.  Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file any amended complaint within 30 days of the date of this Order.  An amended complaint must comply with the court's previous Findings and Recommendations, ECF No. 10.  Failure to file an amended complaint will result in a recommendation to the district judge to dismiss the entire action.

2. The initial scheduling conference previously set for June 29, 2016 is VACATED to be rescheduled if an amended complaint is filed within the 30 day period.

DATED: June 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE